UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALBERT SILVEIRA, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02548-SVK<br><br>**ORDER GRANTING PERMISSION TO CONDUCT APRIL 28, 2020 MEDIATION BY VIDEOCONFERENCE**<br><br>Re: Dkt. No. 29 |

The parties have filed a stipulation requesting that the Court excuse the personal attendance of the parties and counsel at the April 28, 2020 mediation and permit the mediation to take place by teleconference. Dkt. 29. In light of the current public health emergency, the Court GRANTS the parties' request to be excused from personal attendance at the April 28, 2020 mediation. The Court ORDERS that the mediation shall occur by videoconference, rather than teleconference, unless excused by the mediator to address technical barriers. *See* Amended Notice re Procedures for ADR Cases and Cases Subject to General Order 56 During Coronavirus Public Health Emergency, available at https://cand.uscourts.gov/wp-content/uploads/2020/03/Amended-Notice-re-Procedures-for-ADR-Cases-and-Cases-Subject-to-General-Order-56-During-Coronavirus-Public-Health-Emergency.pdf

**SO ORDERED.**

Dated: April 22, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*Susan van Keulen*
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge